UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VANKESE RUSSELL,<br><br>Defendant. | Case No. 25-CR-116-CJN |

### STATEMENT OF OFFENSE

The United States respectfully submits the information and proffered statement of offense below in support of Defendant Vankese Russell's plea of guilty to Count One: Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1).

**I.   Maximum Penalties**

A violation of 18 U.S.C. § 922(g)(1) carries a maximum sentence of 15 years of imprisonment; a fine of $250,000; a term of supervised release of not more than three years; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

**II.   Elements of the Offense**

The elements of a violation of 18 U.S.C. § 922(g)(1) are:

1. Vankese Russell possessed a firearm and ammunition;

2. He did so voluntarily, and not by accident or mistake;

3. The firearm and ammunition traveled in interstate commerce;

4. At the time of possession, Russell had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and had knowledge of that fact.

### III.    Brief Statement of Facts

At approximately 6:37PM on January 28, 2025, MPD officers were patrolling Chinatown on foot. While standing on the southeast corner of 7th and H Streets, NW, Washington, D.C., they observed a cloud of smoke coming from behind a bus stop in the 600 block of H Street. They smelled burning marijuana and walked towards that area, where numerous pedestrians were present. They observed the defendant holding a hand rolled cigarette. The defendant attempted to put out the cigarette and dropped it to the ground. Officers put him in handcuffs and told him he was under arrest. At 6:44PM, when officers searched the defendant incident to arrest, they recovered a Smith & Wesson SW40VE pistol from his front right waistband. The gun was loaded with three .40 caliber rounds, including one in the chamber. Russell knowingly possessed the firearm and ammunition. At the time of the offense, Russell knew he had previously been convicted of a crime punishable by more than one year of incarceration in D.C. Superior Court Case 2017-CF1-16160. The gun traveled in interstate commerce.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    /s/ Kondi J. Kleinman
Kondi J. Kleinman
California Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
U.S. Attorney's Office
601 D St NW | Washington, D.C. 20530
202-252-6887 | Kondi.Kleinman2@usdoj.gov

DEFENDANT'S ACCEPTANCE

I have read the foregoing statement of offense, and I have discussed it fully with my attorney Ubong Akpan. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7/21/2025

Vankese Russell
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date: 7/21/2025

Ubong Akpan
Counsel for Vankese Russell